CROUTER v. CITY OF NEW YORK.

(Supreme Court, Appellate Division, First Department. January 22, 1909.)

MUNICIPAL CORPORATIONS (§ 821*)—NEGLIGENCE—QUESTION FOR JURY.

Whether it is negligence in a street cleaner to open a hydrant where there was a horse and wagon 25 feet therefrom is a question for the jury.

[Ed. Note.—For other cases, see Municipal Corporations, Cent. Dig. §§ 1745, 1747; Dec. Dig. § 821.*]

Ingraham, J., dissenting.

Appeal from Trial Term, New York County.

Action by Sarah Crouter, as administratrix, against the City of New York. From a judgment dismissing the complaint, plaintiff appeals. Reversed.

Argued before PATTERSON, P. J., and INGRAHAM, LAUGHLIN, CLARKE, and SCOTT, JJ.

I. H. Harris, for appellant.
T. Connoly, for respondent.

PER CURIAM. Judgment reversed, and new trial granted, with costs to appellant to abide event, upon the ground that a question of fact was presented which should have been submitted to the jury as to the negligence of the defendant's servant.

INGRAHAM, J., dissents upon the ground that it was not negligent for the street cleaner to turn on the hydrant, a horse and wagon being 25 feet or more from the hydrant, as such an accident as happened could not have been anticipated, and that, therefore, there was no evidence to justify submitting the question of defendant's negligence to the jury.